UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ARNOLD DARNELL PARKER,

    Petitioner,

v.                                              Case No. 2:03-cv-237
                                                  HON. GORDON J. QUIST

LINDA METRICH,

    Respondent.

_____/

## OPINION AND ORDER APPROVING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. The Court has received objections from the petitioner. In accordance with 28 U.S.C. § 636(b)(1), the Court has performed *de novo* consideration of those portions of the Report and Recommendation to which objection has been made.

Petitioner claims that he received ineffective assistance of counsel when his attorney failed to raise ineffective assistance of counsel issues on direct appeal. Petitioner asserts that his counsel failed to pursue an insanity defense, failed to prepare a false accusation defense, failed to impeach the complainant for making inconsistent statements, and advised plaintiff improperly to waive a jury trial. Petitioner has failed to show that his attorney's conduct was constitutionally deficient. Moreover, petitioner has failed to establish that the Michigan Court of Appeals' decision rejecting his ineffective assistance of counsel claims was unreasonable.

THEREFORE, IT IS ORDERED that the Report and Recommendation of the Magistrate Judge is approved and adopted as the opinion of the court.

Dated: March 3, 2006                                      /s/ Gordon J. Quist
                                                                   GORDON J. QUIST
                                                   UNITED STATES DISTRICT JUDGE